■ APPLIED ELECTRIC CORP., Appellant, v CITY OF NEW YORK et al., Respondents.—Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on March 29, 1990, unanimously affirmed for the reasons stated by Eugene Nardelli, J., without costs. No opinion. Concur—Rosenberger, J. P., Wallach, Kupferman, Kassal and Smith, JJ.